# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00498-CR

**Ex parte Billy George Williams**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 47890, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On July 12, 2006, Billy George Williams filed a pro se petition for writ of habeas corpus seeking to set aside his 1998 conviction for failing to appear. On July 20, the district court noted its refusal to issue the writ. On August 9, Williams filed notice of appeal.

No appeal lies from the refusal to issue a writ of habeas corpus. *Ex parte Gonzales*, 12 S.W.3d 913, 914 (Tex. App.—Austin 2000, pet. ref'd). The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 14, 2006

Do Not Publish